United States District Court
For the Northern District of California

1
2
3            UNITED STATES DISTRICT COURT
4            NORTHERN DISTRICT OF CALIFORNIA
5                    OAKLAND DIVISION
6
7    In re THERESA TORRICELLAS,
8            Plaintiff                    No. C 13-0644 PJH (PR)
9                                         **ORDER OF DISMISSAL**
10
11   _____/

         This case was opened when plaintiff wrote a letter to the court regarding

overcrowded prisons and medical care.  In an effort to protect her rights, it was filed as a

new case.  Plaintiff was informed that she had not filed a complaint and was given thirty

days to do so.  She also was sent a notice that she had not paid the filing fee or applied for

leave to proceed in forma pauperis ("IFP"); again, she was allowed thirty days to either pay

the fee or file the application.  A copy of the court's form for applications to proceed IFP

was provided with the notice, along with a return envelope.

         No response has been received.  This case is therefore **DISMISSED** without

prejudice.  No fee is due.  The clerk shall close the file.

         **IT IS SO ORDERED.**

Dated:  April 8, 2013.            _____
                                         PHYLLIS J. HAMILTON
                                         United States District Judge

G:\PRO-SE\PJH\CR.13\Torricellas0644.dsm-ifp.wpd