UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re THERESA TORRICELLAS,

    Plaintiff

No. C 13-0644 PJH (PR)

**ORDER OF DISMISSAL**

_____/

    This case was opened when plaintiff wrote a letter to the court regarding overcrowded prisons and medical care. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given thirty days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, she was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: April 8, 2013.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.13\Torricellas0644.dsm-ifp.wpd